UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
JANELYS HERNANDEZ,                                            :
                                    Plaintiff,                :
                                                              :           22 Civ. 7761 (LGS)
            -against-                                         :
                                                              :           ORDER
STEVE'S FLOWERS AND GIFTS, INC.,                              :
                                    Defendant.                :
                                                              :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Court received information regarding Plaintiff's counsel's inability to attend the scheduled telephonic conference due to health reasons. It is hereby

**ORDERED** that the telephonic conference is adjourned from May 24, 2023, at 4:20 P.M. to **June 28, 2023, at 4:20 P.M.** The parties shall call (888) 363-4749 and enter access code 558-3333.

Dated: May 23, 2023
       New York, New York

                                                    _____
                                                    **LORNA G. SCHOFIELD**
                                                    **UNITED STATES DISTRICT JUDGE**