UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X
                                :

JANELYS HERNANDEZ,                :

                 Plaintiff,    :

                        :         22 Civ. 7761 (LGS)

       -against-        :

                        :            ORDER

STEVE'S FLOWERS AND GIFTS, INC.,  :

                Defendant.  :

                        :
----------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a telephonic conference in this matter was held June 28, 2023.  It is hereby

**ORDERED** that by **August 10, 2023**, the parties shall file a stipulation of dismissal.  If

no stipulation of dismissal is filed, the case will be returned to the Court's active calendar.

Dated:  June 29, 2023
      New York, New York

                            LORNA G. SCHOFIELD
                         UNITED STATES DISTRICT JUDGE